UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NELSON R. SHARP ) | |
| ) | |
| and ) | |
| ) | Civil Action No.: 11-11814 |
| DESTINY YACHTS LLC ) | |
| ) | |
| v. ) | |
| ) | |
| HYLAS YACHTS, INC. ) | |

## COMPLAINT AND JURY CLAIM

1. The Plaintiffs, Nelson R. Sharp and Destiny Yachts LLC (collectively, "Mr. Sharp"), by and through their undersigned counsel, file this Complaint against Defendant Hylas Yachts, Inc. ("Hylas") and allege the following:

## THE PARTIES

2. Plaintiff, Nelson R. Sharp, is an individual living at 7 Via Mira Monte, Henderson, Nevada 89011.

3. Plaintiff, Destiny Yachts LLC, is a duly organized Nevada limited liability company.

4. Defendant, Hylas Yachts, Inc., is a duly organized Massachusetts corporation with its principal place of business located at 2 Market Square, Marblehead, Massachusetts 01945. Hylas is in the business of selling custom-designed and custom-built sailing vessels. Hylas conducts business in the Commonwealth of Massachusetts. Hylas is engaged in trade or commerce as defined by Mass. Gen. L. ch. 93A. Hylas's registered agent is Richard Jachney at 2 Market Square, Marblehead, Massachusetts 01945.

## JURISDICTION AND VENUE

5. The jurisdiction of this Court is invoked and is proper pursuant to 28 U.S.C. § 1332(a) on the basis of diversity of the parties.

6. The amount in controversy in this matter exceeds $75,000.00.

7. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b) and the Local Rules of the United States District Court for the District of Massachusetts.

## FACTS

8. Mr. Sharp first met representatives of Hylas at the 2008 Annapolis Boat Show.

9. On October 20, 2008, Hylas sent Mr. Sharp a letter enclosing additional information for his consideration and claiming that "Hylas Yachts have continued to represent both the finest in construction as well as the best value on the market." *See* Tab A.

10. Over the next several months, Hylas and Mr. Sharp continued communicating about Mr. Sharp's possible purchase of the Yacht. *See* Tab A.

11. The communications at Tab A indicate Hylas's selection of certain components of the Yacht.

12. The communications at Tab A indicate some of Hylas's representations about the performance of components of the Yacht as well as the Yacht as a whole.

13. Mr. Sharp agreed to purchase Hylas 70 Twin Wheel Design, Hull #9, for a total purchase price of $2,145,841.00, pursuant to a Sales Contract and Sales Agreement dated June 4, 2009 (collectively referred to as the "Sales Agreement") and attached at Tab B.

14. A Specification Sheet, attached as Exhibit A to the Sales Agreement at Tab B, listed all standard equipment included in the Yacht's base price of $1,990,000. The purchase price also included certain optional equipment and accessories to be installed by Hylas and its Subcontractors on the Yacht, as listed on Exhibit B to the Sales Agreement, for an additional cost to Mr. Sharp of $147,841.00. Because certain optional equipment was added during the build process, Exhibit B to the Sales Agreement was an evolving document.

15. The Vice President of Hylas, Kyle Jachney, assured Mr. Sharp in an email dated April 27, 2009, that the Yacht would be shipped before the end of April 2010, and that he had made it clear to the shipyard that Mr. Sharp's commitment to purchase was based on that schedule. *See* Tab A.

16. Prior to this April 27, 2009, email, Kyle Jachney represented to Mr. Sharp in a letter dated October 20, 2008, that the Yacht would be commissioned, sea trialed, and ready for closing 4-6 weeks after arrival in the USA.

17. In reality, the process described in the preceding paragraph took approximately five months and, as described further below, the process was not properly completed even at that point.

18. The shipping, commissioning, sea trialing, and closing dates were of extreme importance to Mr. Sharp. Mr. Sharp had made it clear to Kyle Jachney that he wanted a minimum of

two months to "shake down" the Yacht on the East Coast of the United States before departing for a winter in the Caribbean Sea.

19. As part of the purchase, Hylas warranted that "commissioning is to include all work necessary to install all equipment (standard and optional) and place same in good and proper operating condition." *See* Tab B, Sales Agreement, Paragraph 6.

20. Hylas further warranted that, after commissioning, "[t]o the extent the sea trials disclose defects in materials or workmanship or equipment which is not properly installed or is not in good and proper working order, Seller agrees, at its expense, to make all necessary repairs, modifications or replacements so as to present the Yacht to the Buyer at the delivery in completely sound condition with all systems and equipment operating safely and properly." *See* Tab B, Sales Agreement, Paragraph 6.

21. As part of the purchase, Hylas agreed to, "at its expense, prepare and deliver to Buyer at Closing, construction drawings and engineering drawings ("as built drawings") showing the layout of all plumbing, mechanical, electrical and electronic equipment installed on the Yacht (all of which shall be clearly labeled, as well). All equipment manuals and written warranties for all standard and optional equipment included shall be provided by Seller to Buyer." *See* Tab B, Sales Agreement, Paragraph 9. Some of these items have not yet been delivered.

22. As part of the purchase, pursuant to Paragraph 10 of the Sales Agreement at Tab B, Hylas further warranted:

> Seller warrants that the Yacht constructed by Queen Long and delivered to the Buyer will be of excellent quality, of good workmanship and materials, seaworthy and suitable for its intended use of extended ocean cruising. Sellers [sic] agrees, for a period of three (3) years after Delivery, to either fix any warranty defects by the factory or reimburse the Buyer for the cost incurred in fixing it. Any defects by the factory for issues that apply to the deck and hull for a period often (10) years shall be the responsibility of the Seller. Seller further agrees to assign all rights and warranties for standard and optional equipment to the Buyer and to assist the Buyer in asserting and enforcing any warranty claims against equipment manufacturers or suppliers after the Closing should defects in workmanship or materials be identified after delivery of the Yacht to the Buyers.

23. On December 4, 2010, Hylas and Mr. Sharp signed a Protocol of Delivery and Acceptance, attached at Tab C, which signified the Closing.

24. Despite the Closing, to date, all of the as built drawings contemplated by Paragraph 9 of the Sales Agreement at Tab B have not yet been delivered. Some documentation has been provided, but a portion of it is generic or outdated. Other items simply are missing.

Case 1:11-cv-11814   Document 1   Filed 10/13/11   Page 4 of 40

25. Delays and problems mark the Yacht's history.

26. Despite its anticipated delivery date of May 2010, the Yacht did not arrive in Fort Lauderdale until July 2010.

27. The Yacht's first test sail did not occur until October 12 or 13, 2010, because of delays in shipping the mast and boom and completing the rigging.

28. During the test sail which took place on October 12 or 13, 2010, Hylas employee Christian Pschor was in command of the Yacht.

29. During the test sail which took place on October 12 or 13, 2010, the Yacht's hydraulic system and electronic throttle failed.

30. In addition, during the test sail which took place on October 12 or 13, 2010, an accidental jibe under Pschor's command caused damage to the rigging and motor tang that was discovered later as well.

31. On November 11, 2010, Mr. Sharp gave Hylas a list of ten items that needed to be completed or repaired on the Yacht.

32. By December 4, 2010, Hylas certified that all repairs had been completed and Hylas and Mr. Sharp signed the Protocol of Delivery and Acceptance at Tab C.

33. The Yacht set sail for St. Thomas the afternoon of December 4, 2010.  Five hours out of port, the Yacht experienced hydraulic failure.

34. The Yacht arrived back at Fort Lauderdale around daybreak on December 5, 2010.  It set sail for St. Thomas that afternoon after repairs to the hydraulic system.

35. The last time a Hylas employee was on the Yacht was on December 5, 2010.  That individual was Christian Pschor.

36. On December 10, 2010, the Yacht experienced a massive failure of the furling system.  This failure totally disabled the main sail and required the Yacht to motor the rest of the way to St. Thomas, where it arrived on December 13, 2010.

37. From December 14 through December 27, 2010, Island Rigging, contracted to GMT Composites (manufacturer of the Yacht's Carbon Fiber Boom), rebuilt the damaged furling system.  Cracks in the mast were noted and reported at the time.

38. From January 4 through February 28, 2011, the Yacht travelled from St. Thomas to Grenada with Mr. Sharp aboard.

39. The Yacht experienced continued problems between January 4 and February 28, 2011, including hydraulic system malfunctions, electronic throttle malfunctions, an inoperable 4 KV generator, windlass malfunctions, the failure of both water pumps and both battery chargers, and the failure of three of the four vacuflush heads.

40. Multiple hydraulic system breakers tripped for no apparent reason between January 4 and February 28, 2011. The same thing had occurred during the October 12 or 13, 2010, test sail under the command of Hylas employee Christian Pschor.

41. Mr. Sharp reported to Hylas all of the problems listed in the preceding two paragraphs but he received no substantive action other than some intervention by Hylas with a supplier of the heads. Hylas sometimes waited a week before even acknowledging Mr. Sharp's report of a problem.

42. On January 13, 2011, Mr. Sharp by email asked "Hylas for leadership in getting to the solution." *See* Tab D.

43. On February 5, 2011, Mr. Sharp reported that he had not "heard anything further regarding the hydraulic/electrical problems[.]" *See* Tab D.

44. On February 28, 2011, Mr. Sharp emailed Hylas, *see* Tab D, and reported, "I have had no response to my Feb 5 request for support. We are now in Grenada and will be here for up to three weeks. Do you have someone who can help us here? We have a faulty hydraulic system and this boat doesn't work without a hydraulic system. This problem was known while the boat was still in Ft Lauderdale. I must have your response as to your intended course of action immediately."

45. On March 2, 2011, Hylas employee Kyle Jachney responded that he understood that Harken was trying to address the issue and that Mr. Sharp was communicating directly with the hydraulics representative. *See* Tab D.

46. On March 18, 2011, due to systemic failures aboard the Yacht, Mr. Sharp canceled his plans to sail the Yacht from Grenada to the Western Caribbean, postponed his planned crossing of the Mediterranean Sea, and advised Hylas of the same via email on March 19, 2011.

47. In the email dated March 19, 2011, Mr. Sharp advised Hylas that he planned to return to Fort Lauderdale and turn the Yacht over to Hylas if certain electrical problems were not repaired.

48. Mr. Sharp further advised Hylas in the email dated March 19, 2011, "What has manifested itself as more of a nuisance, may in fact be a far more serious problem resulting in failure of critical systems at a critical time or a fire if one of these breakers should not trip, any of which could cause damage, destruction of the vessel and injury or death of passengers and crew."

49. On March 22, a local electrician sent by Harken advised Mr. Sharp that he could not identify the root cause of the electrical problems and noted that his efforts were crippled by the lack of documentation as to the Yacht's electrical and hydraulic systems.

50. No Hylas personnel visited the Yacht to address the problems which manifested between January 2011 and March 2011. Hylas took no substantive action and made little progress in effecting the repairs during this time period.

51. During the month of March, Mr. Sharp and Captain Jim Rogas kept Hylas apprised via email and telephone of developments and asked Hylas to arrange for repair of the Yacht in time for an Atlantic crossing in May 2011.

52. On March 31, 2011, having received no plan of action from Hylas, Mr. Sharp ordered the vessel to return to Fort Lauderdale. The Yacht left Grenada for Fort Lauderdale on April 7, 2011. Continual multiple hydraulic system failures, increasing in frequency, plagued the trip and on April 11, 2011, the furling system completely failed. The Yacht completed the rest of the trip by motor.

53. The Yacht arrived in Fort Lauderdale on April 17, 2011.

54. On April 26 and 27, 2011, Harken representatives worked on the faulty hydraulic system.

55. On May 13 and 14, 2011, a technician from GMT Composites arrived to repair the failed furling mechanism.

56. On May 26, 2011, a missing component of the furling system was received from GMT Composites and installed by the Yacht's captain. Other repairs, such as to the chargers, generator, and electronic throttle, were made during this time period.

57. On May 27 and 28, 2011, short test sails were performed by the Yacht.

58. On June 1, 2011, Hylas advised Mr. Sharp that a faulty navigation light, which Mr. Sharp had reported to Hylas in April, could not be replaced before a planned departure for the Mediterranean Sea. Mr. Sharp decided to set sail without replacing the navigation light.

59. From the period April 17 through June 2, 2011, no Hylas personnel visited the Yacht.

60. On June 11, 2011, just north of Bermuda, the Yacht experienced gooseneck problems with loosened bolts as well as mainsail track problems.

61. On June 12, 2011, Mr. Sharp directed the Yacht to divert to Newport, Rhode Island, because GMT Composites is located in nearby Bristol, Rhode Island. GMT Composites made repairs on the Yacht.

62. On June 12, 2011, Mr. Sharp sent Kyle Jachney of Hylas the email attached at Tab E. This email informed Hylas that, per the Yacht's captain, the "track on the mandrel that holds the foot has started to pull up from the aft end. All that is holding it now is some glue and two rivets at the front end. There were a total of 4 rivets (2 at each end) plus the glue holding it in originally. If we go full rig, it will pull right off."

63. In Newport, a technician from GMT Composites performed some repairs on Yacht.

64. No Hylas personnel visited the Yacht while it was in Newport.

65. On June 23, 2011, the Yacht set sail for the Azores.

66. By June 27, 2011, new failures of the mast/boom connection, now including a totally sheared screw, had been discovered, along with the start of failure of the vang/mast attachment plate. After emergency repairs, the Yacht continued under reduced sail. On June 27, 2011, Mr. Sharp sent Hylas an email detailing these problems, and forwarded to Hylas several photographs. *See* Tab F.

67. On July 8, 2011, Mr. Sharp sent Hylas another email, at Tab G, regarding his June 12, 2011 email at Tab E. Mr. Sharp noted in the July 8, 2011, email that Hylas did not respond to that June 12, 2011, email (though Mr. Sharp accidentally wrote July instead of June).

68. In the July 8, 2011, email at Tab G, Mr. Sharp put Hylas on notice that he was trying to "effect a fix that will salvage part of the Summer in the Mediterranean," that he had joined the Yacht in the Azores to "supervise the work," and that he intended to "charge back all costs, direct and indirect, associated with this and other repair work I have been forced to do. I shall also seek compensation for the loss of use of the yacht." Mr. Sharp also reminded Hylas that it still had not provided him with complete hydraulic system schematics, despite his request.

69. On July 18, 2011, Mr. Sharp again sent Hylas an email, at Tab H, referencing a response from Hylas by email dated July 9, 2011. Mr. Sharp in this email then provided a summary of boom and mast defects and ongoing hydraulics problems.

70. On July 19, 2011, Mr. Sharp send Hylas two emails attaching photographs of the problems described in the email dated July 18, 2011. *See* Tab I. Mr. Sharp also alerted Hylas as to another problem: a broken weld on the boom clevis. *Id*.

71. The Yacht, and certain components of the Yacht, do not perform as Hylas represented they would.

72. Hylas made certain inappropriate choices in designing the Yacht.

73. For example of the allegations made in the preceding two paragraphs, Hylas represented, in its email dated March 26, 2009, at Tab A, that the Yacht would be powered by a 260 Horsepower engine. Only 190 Horsepower is available, however, due to a transmission, selected by Hylas, which has too low a gear reduction to develop full horsepower at the propeller.

74. As another example, in his letter dated October 20, 2008, Kyle Jachney represented to Mr. Sharp that, "even with her exceptional size, the Hylas 70 is easily handled by two for extended offshore sailing." However, because it is necessary to station a hand at the mast when raising and furling the sail during all but the most ideal conditions, this statement is false and misleading.

75. Hylas has not provided all the schematics contemplated by Paragraph 9 of the Sales Agreement at Tab B. This circumstance has hindered Mr. Sharp's ability to diagnose and repair the Yacht's problems.

76. The Yacht is not "of excellent quality, of good workmanship and materials, seaworthy and suitable for its intended use of extended ocean cruising," nor has Hylas assisted Mr. Sharp "in asserting and enforcing any warranty claims against equipment manufacturers or suppliers after the Closing" as warranted in Paragraph 10 of the Sales Agreement at Tab B.

77. To date, Hylas has not sufficiently addressed Mr. Sharp's communications about the Yacht's problems, nor has Hylas sufficiently rectified these problems pursuant to its above contractual and warranty obligations, including but not limited to its warranty "to either fix any warranty defects by the factory or reimburse the Buyer for the cost incurred in fixing it," pursuant to Paragraph 10 of the Sales Agreement.

78. Hylas made misrepresentations as to the delivery of the Yacht and the performance of the Yacht and certain of its components.

79. On August 5, 2011, Mr. Sharp sent Hylas by Certified Mail the demand letter, pursuant to Mass. Gen. L. ch. 93A, at Tab J (because the exhibits to this letter are the same as the documents contained at Tabs A through I of this Complaint, the exhibits to the letter have been omitted).

80. To date, Hylas has not responded to the demand letter dated August 5, 2011.

### Count 1: Breach of Warranties

81. Plaintiffs repeat and reallege the contents of paragraphs 1 through 80 as if set forth in full herein.

82. Defendant Hylas is a designer, manufacturer, distributor, and marketer of goods.

83. Hylas has extended express and implied warranties concerning the product at issue in this action.

84. Serious defects in the Yacht supplied by Hylas have caused continual, long-term breakdowns and to date these defects have not be rectified.

85. Hylas knew or should have known of the defects in the Yacht.

86. As a result of the defects, Hylas has breached several warranties under Massachusetts law.

87. Hylas made express warranties pursuant to the Sales Agreement attached at Tab B to this Complaint and thus incorporated into this Complaint. Hylas drafted all of these warranties. Plaintiffs relied on all of these warranties.

88. Pursuant to Mass. Gen. L. ch. 106, §§ 2-313, 2-314, and 2-315, Hylas made express and/or implied warranties of merchantability, safety, fitness for ordinary purposes for which the Yacht was to be used, and fitness for the particular purpose for which the Yacht was to be used . Plaintiffs relied on all of these warranties.

89. Hylas breached the warranties referenced in the preceding two paragraphs. Hylas also breached the implied warranty to perform repairs in a workmanlike manner.

90. Plaintiffs gave Hylas timely notification of said breaches and Hylas had full opportunity to inspect or examine the Yacht and make repairs pursuant to its warranty obligations.

91. Hylas failed to take adequate and appropriate remedial steps to address the problems with the Yacht once the problems became or should have become known to it.

92. The injuries sustained by Plaintiffs were the direct and proximate result of Hylas's breaches of warranties.

93. As a result of Hylas's breach of warranties, the damages accrued by Plaintiffs to date now exceed $2,850,000.00, and include, without limitation, direct, incidental, and consequential damages, the cost of the Yacht, costs of repair, loss of use, costs for additional service employees who would not otherwise have been necessary, as well as attorneys' fees and court costs.

94. Plaintiffs seek recovery with interest thereon as available at law.

WHEREFORE, Plaintiffs hereby demand judgment by this Court against defendant in an amount which is adequate to compensate it for its damages together with interest, costs, and attorney's fees.

## Count 2: Negligence

95. Plaintiffs repeat and reallege the contents of paragraphs 1 through 94 as if set forth in full herein.

96. The injuries sustained by Plaintiffs are the direct and proximate result of Hylas's negligent design, development, assembly, manufacture, inspection, testing, marketing, advertising, and distribution of the Yacht purchased by Plaintiffs.

97. As a direct and proximate result of Hylas's negligence, Plaintiffs have accrued damages to date in excess of $2,850,000.00, including, without limitation, direct, incidental, and consequential damages, the cost of the Yacht, costs of repair, loss of use, costs for additional service employees who would not otherwise have been necessary, as well as attorneys' fees and court costs.

98. Plaintiffs seek recovery with interest thereon as available at law.

WHEREFORE, Plaintiffs hereby demand judgment by this Court against defendant in an amount which is adequate to compensate it for its damages together with interest, costs, and attorney's fees.

## Count 3: Breach of Contract

99. Plaintiffs repeat and reallege the contents of paragraphs 1 through 98 as if set forth in full herein.

100. Hylas entered into agreements with Plaintiffs, including but not limited to the Sales Agreement at Tab B to this Complaint.

101. Hylas breached its agreements, including but not limited to the Sales Agreement at Tab B to this Complaint.

102. As a result of Hylas's breach of contract, the damages accrued by Plaintiffs to date now exceed $2,850,000.00 and include, without limitation, direct, incidental, and consequential damages, the cost of the Yacht, costs of repair, loss of use, costs for additional service employees who would not otherwise have been necessary, as well as attorneys' fees and court costs.

103. Plaintiffs seek recovery with interest thereon as available at law.

WHEREFORE, Plaintiffs hereby demand judgment by this Court against defendant in an amount which is adequate to compensate it for its damages together with interest, costs, and attorney's fees.

## Count 4: Misrepresentation

104.   Plaintiffs repeat and reallege the contents of paragraphs 1 through 103 as if set forth in full herein.

105.   Hylas made false representations to Plaintiffs.

106.   Hylas made these false representations to Plaintiffs negligently or intentionally.

107.   Hylas made false representations to Plaintiffs to induce Plaintiffs to rely on them.

108.   Plaintiffs believed Hylas's false representations and relied on them.

109.   The damages accrued by Plaintiffs to date now exceed $2,850,000.00 and include, without limitation, direct, incidental, and consequential damages, the cost of the Yacht, costs of repair, loss of use, costs for additional service employees who would not otherwise have been necessary, as well as attorneys' fees and court costs.

110.   Plaintiffs seek recovery with interest thereon as available at law.

WHEREFORE, Plaintiffs hereby demand judgment by this Court against defendant in an amount which is adequate to compensate it for its damages together with interest, costs, and attorney's fees.

## Count 5: Violation of Mass. Gen. L. ch. 93A

111.   Plaintiffs repeat and reallege the contents of paragraphs 1 through 110 as if set forth in full herein.

112.   At all relevant times, Hylas engaged in trade or commerce within the meaning of Mass. Gen. L. ch. 93A, § 1(b).

113.   Hylas's conduct constituted a violation of the Massachusetts Consumer Protection Act, Mass. Gen. L. ch. 93A, causing Plaintiffs substantial loss and injury in excess of $2,850,000.00.

114.   The conduct of Hylas compained of herein occurred primarily and substantially in the Commonwealth of Massachusetts.

115.   Hylas breached its warranties under Massachusetts law, statute, and regulation, made misrepresentations, and breached known contractual obligations, and therefore is liable for violation of Mass. Gen. L. ch. 93A.

116.    Hylas's violations of the Massachusetts Consumer Protection Act were willful and/or knowing violations of said statute, entitling Plaintiffs to recovery of multiple damages pursuant to Mass. Gen. L. ch. 93A, § 11.

117.    Plaintiffs served upon Hylas a demand letter within the requirements of Mass. Gen. L. ch. 93A.

118.    To date, which is more than thirty days later, Hylas has served no reply to the aforementioned demand letter.

119.    As a direct and proximate result of Hylas's unfair and deceptive acts and practices and violations of Mass. Gen. L. ch. 93A, Plaintiffs have been seriously injured and significantly damaged, suffering, without limitation, direct, incidental, and consequential damages, the cost of the Yacht, costs of repair, loss of use, costs for additional employees who would not otherwise have been necessary, as well as attorneys' fees and court costs.

WHEREFORE, Plaintiffs hereby demand judgment by this Court against Defendant in an amount which is adequate to compensate it for its damages, trebled pursuant to Mass. Gen. L. ch. 93A, § 11, together with interest, costs, and attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court:

1.    Award money damages in an amount determined at trial, in excess of $2,850,000.00, exclusive of interest, and treble the damages pursuant to Mass. Gen. L. ch. 93A, § 11;

2.    Award multiple, consequential, and punitive damages;

3.    Award interest;

4.    Award attorney's fees, costs, and disbursements of this action; and,

5.    Order such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs request a jury trial.

Respectfully submitted,

NELSON R. SHARP and
DESTINY YACHTS LLC,

By their attorneys,

/s/ Christian G. Samito
Christian G. Samito, BBO# 639825
Stefan L. Jouret, BBO# 656196
JOURET & SAMITO LLP
One Center Plaza, Suite 220
Boston, MA 02108
(617) 523-0122 (telephone)
(617) 849-5585 (facsimile)
samito@jouretsamito.com
jouret@jouretsamito.com

Date: October 13, 2011

Tab A

# *Hylas Yachts, Inc.*

Mr. Nelson Sharp                                                    October 20, 2008
139 Touchdown Dr.
Telluride, CA 81435

Dear Nelson:

It was a real pleasure meeting with you at the Annapolis Boat Show and showing you around our Hylas designs and the Hylas 70 in particular. Our Hylas 70 design is a new introduction for Hylas from the desk of German Frers, noted for exclusive design work for Swan as well designing for Wally Yachts and the Hallberg Rassy line. I have enclosed a package for your review including additional specs, as well as a CD of the Hylas 70 which includes interior layout diagrams as well as images of the first four Hylas 70's delivered to date. Each owner has incorporated into their H70's their own custom design and styling and as you will see, there truly are no two Hylas' built alike.

Because this design is so new for Hylas we are just now putting together our full color brochure highlighting the Hylas 70. Even with this limited design information Hylas has already received commitments for the first eight hulls with the next available hull scheduled for the fall of 2010.

Currently the Hylas 70 cost of 2.245M with the list of standard equipment that is unmatched by our competitive builders and including the Twaron hull lay-up is an exceptional bargain with almost every major builder offering their similar designs for 30% to 100% more in cost. With hydraulics as standard for every major component of the Hylas 70 including all winches, furlers, In Boom main furler, vang, thruster and backstays even with her exceptional size, the Hylas 70 is easily handled by two for extended offshore sailing.

Our Hylas Yachts have continued to represent both the finest in construction as well as the best value on the market. This value, when compared to any of the best offshore designs, becomes even more evident when reviewing the resale value. No other company has continued to demonstrate the retained value of our Hylas yachts whether after only a year or two or ten years down the line. While this is not a primary reason for purchasing any yacht, it is worth considering when looking at any yacht of this caliber.

Unlike most of our competitors Hylas also offers a significantly easier deposit schedule for a new Hylas commitment. The initial commitment for the H70 is $200K, less than 10% with a second payment of 10% due December 1st, 2009. There are no other progress payments or payment due for options throughout production. The balance less an amount of 10% is not due until after your yacht arrives safely in the U.S for commissioning with closing taking place typically four to six weeks later after commissioning, sea trials and survey.

*P.O. Box 583   Marblehead, Mass 01945*
*Toll Free: (800) 875-5114   Fax: (781) 639-0216*

A-1

Please take some time to look over the enclosed information and do not hesitate to call with any questions regarding our literature, custom options or production availability.  I look forward to talking with you in the near future.

Best regards,

Kyle Jachney
Vice President



Gmail Calendar Documents Photos Reader Web more ▾          nelsons82@gmail.com | Settings | Older version | Help | Sign out

Search Mail | Search the Web | Show search options / Create a filter

Southwest Diesel - swdieseltruckrepair.com - Diesel fuel additives shop. Over 50 years of experience!     Sponsored Link < >

**Compose Mail**

« Back to Inbox   Archive   Report spam   Delete   Move to   Labels   More actions        ‹ Newer 31 of 189 Older ›

Inbox (175)

**Hylas 70**  Inbox ✕                                                          New window

Starred        KJachney@aol.com   Nelson: Thank you for the call last evening, I am in FL  Mar 26     Print all
                                                                                                      Expand all
Chats                                                                                                 Forward all
          from   KJachney@aol.com                    hide details Mar 26   Reply |
            to   nelsons82@gmail.com                                                    Sponsored Links (feedback)
Sent Mail   cc   hylas@hylasyachtsusa.com
          date   Thu, Mar 26, 2009 at 5:51 AM                                    System '99' Rope-Tool-Kit
       subject   Hylas 70                                                        +Ultra Comfort Bosun's Chair Self
Drafts (1)  mailed-by   aol.com                                                  Climb-Masts+Man-Overboard-Hoist
                                                                                 www.System99.com
All Mail   Nelson:                                                               Boat & Yacht Teak Decking
                                                                                 Maintenance Free Synthetic Teak at
           It was a pleasure talking with you once again regarding your interest in Hylas and of   less than half the price.
           course the proposal forwarded by my father for Hylas 70 Hull #9. Please let me   nuteak.com
Spam (2)   know if you still ahve a copy of the email forwarded to you from my father in          Westminster Teak USA
           December. The savings is quite significant at $460,000 with the two previous Hylas   Teak Furniture rated "Best Overall"
           70 hulls listing for above this price.   To assist in understand what a real final cost   by the Wall Street Journal
Trash      would be from QL, I have attached the latest two Design and Options lists from Hylas   www.westminsterteak.com
           70 Hull #4 and #5 referred to as the Exhibit B for our Sales Agreement.               Watch Captain Software
                                                                                 Only complete windows system for
           From reviewing these lists you have a good idea of what these owners are spending   marinas boatyards dealers builders
Contacts   additional on optional equipment and design changes. Some equipment important to   www.watchcaptain.com
           note is that Corian is standard as well as Quiet Flush Electric freshwater heads      VIP Yacht Charters
           starting with hull #5. Granite is a more expensive option particularly as the granite is   Voted #1 Caribbean Yacht Charter
           hollowed out and honeycombed to save weight. We will also be including the GMT   Co Sail & Power Yachts 40-60ft
Chat       Carbon Roller Furling Boom with the Vectran Mainsail which worked beautifully on   www.vipyachts.com
           H70 #5. The H70 is now also equipped with the new Yanmar BY Series 260HP            Quality German Auto Parts
Search, add, or invite   Diesel which is a Common Rail Diesel being built for Yanmar by BMW. This new   VW Diesel/TDI/TDI engines, parts
           engine is an electronic fuel injected engine which is much more fuel efficient,   transmissions, conversion kits,
  Nelson Sharp   quieter and with less vibration. On board H70 #5 it is almost impossible to tell if the   www.qualitygermanautoparts.com
  Set status here   engine is running in neutral while in the cockpit.                           Just Fuel Injectors
  KJachney@aol.com                                                               Gas, Diesel, Heavy Duty, Marine
  Sheri     When reviewing both spreadsheets note that while the total optional costs are not far   Your online fuel injection experts.
Options    Add Contact   apart between the two, the design and equipment are quite different. H70 #4 has a   www.justfuelinjectors.com
           flush teak deck with no rails at all in a very European style and a more traditional   $1,036.28 VP44 Dodge 24 v
           interior. H70 #5 has a more modern finish on the interior and the owner created   Free Shipping: VP44 Injection Pumps
           a very unique layout with an entirely different cabin and head layout.              for Dodge Cummins 5.9 L Engines
                                                                                 www.thedieselstore.com
Labels     In addition to the two Design and Options Lists I am including both pics and
Boat       diagrams of both yachts as well so you can appreciate the layouts and appearance   More fuel...
Travel     as you review their spreadsheets.                                                  Engine Pump »
                                                                                 GMC Fuel Pump »
     Edit labels   You are familiar with Tim Dickinson's Hylas 70 #3 and H70 #4 and #5 continue to be   Engine Top »
           more impressive.  H70#4 is enroute to the Sea of Cortez from the Caribbean   AC Engine »
           currently. H70 #5 is available to be seen at anytime in Miami at the Key Escayne
           Yacht Club and available to sea trial as well.                                    About these links

Invite a friend   A commitment toward the H70 will also mean that we need to schedule a weekend
Give Gmail to:   aboard either 70-03 or H70-05 to finalize the layout and design options as well as
           review the various equipment you may be considering.

Send invite  50 left   Finally we will be sending hard copies of the Hylas 70 information once again along
           with the CD with more images of the first five hulls as well as diagrams of their
    Preview invite   various layouts. While we have only built five of the Hylas 70's to date, each are
           very unique and certainly no two have been built alike.

           Please look over the Options lists and pictures and do not hesitate to call with any
           questions. I am looking forward to reviewing the H70 further with you and hopefully
           getting you aboard H70 #5 for a sail.

           Best regards,

           Kyle


           Great Deals on Dell 15" Laptops - Starting at $479

http://mail.google.com/mail/?ui=2&view=bsp&ver=1qygpcgurkovy                    4/12/2009



**Gmail** Calendar Documents Photos Reader Web more ▾     nelsons82@gmail.com | Settings | Help | Sign out

| | Search Mail | Search the Web | Show search options Create a filter |

**Compose Mail**

Ultimate Boating Sheet - www.sheex.com - New- Ultra Soft - Perfect Fit Sleep Better Luxury Performance

Inbox (194)
Starred ☆
Chats ♡
Sent Mail
Drafts (1)
All Mail
Spam (3)
Trash

**Contacts**

▼ Quick Contacts

Search, add, or invite

● Nelson Sharp
  Set status here ▾
  Kjachney@aol.com
  Sheri

Labels
Boat
Travel
   Edit labels
   Show all

▶ Invite a friend

« Back to Inbox   Archive   Report Spam   Delete   More actions...    ‹ Newer 2 of 209   Older ›

## Exhibit A, Standard Equipment List.   Inbox

   🔲 New window
   🖶 Print all

☆   "Kjachney@aol.com" show details 7:13 am (2.5 hours ago) 📎 ↩ Reply

Nelson;

Attached is a copy of the Standard Equipment List which constitutes Exhibit A for the Agreement.  Please note that the GMT Carbon Furling Boom has been added along with confirmation of the Quiet Flush Electric Freshwater Heads and choice of Corian or Wahlee Stone for the head and galley counters.

As a note of possible change, the hydraulics have been Lewmar up through Hylas 70 #6.  We are now switching to the Harken Hydraulic system for a number of reasons, the primary being responsiveness as well as Harken has become much more advanced in their systems over the past few years and as such has become the system of choice for most larger yachts both cruising and racing.  The first system was just installed however on #7 and so we will see how actually effective the system is though we are expecting the best based on the coordination with Harken so far.  Otherwise everything remains the same.

Please let me know if you have any questions and I will give you a call this afternoon to make sure all the correspondence was received.

All my best,

Kyle

Sponsored

**Alternative To G**
See how Wilsona
compares to gran
www.Countertop

**New and Used S**
Buy, Sell and Tra
Roller Furling Sy:
www.PorpoiseSa

**Spin-tec Roller |**
Roller furling/reel
No maintenance.
www.Spin-Tec.cc

**Countertop Inst**
Find Top-Rated (
Get Free Bids an
www.ServiceMag

About

────────────────────────────

Access 350+ FREE radio stations anytime from anywhere on the web. Get the Radio Toolbar!

📄 **HYLAS70 Standard Equipment Twin Wheel Design.xls**
   39K View as HTML Open as a Google spreadsheet Download

↩ Reply   ↩ Reply to all   → Forward   Invite Kjachney@aol.com to Gmail

« Back to Inbox   Archive   Report Spam   Delete   More actions...    ‹ Newer 2 of 209   Older ›

Compose messages using colors, bullets, highlighting, and more with **rich formatting**.



|  | Search Mail | Search the Web | Show search options<br>Create a filter |
|---|---|---|---|

**Compose Mail**

Inbox (206)
Starred ☆
Chats ♡
Sent Mail
Drafts (1)
All Mail
Spam (3)
Trash

**Contacts**

▼ Quick Contacts

Search, add, or invite

● Nelson Sharp
  Set status here ▾

  Kjachney@aol.com
  Sheri

_labels
_oat
Travel

    Edit labels
       Show all

▶ Invite a friend

Westminster Teak USA - www.westminsterteak.com - Teak Furniture rated "Best Overall" by the Wall Stre

« **Back to Inbox**   Archive    Report Spam    Delete    More actions...          ‹ **Newer 14** of
                                                                                  **223 Older** ›

## Hylas Update  Inbox

☆  "Kjachney@aol.com"  show details Apr 27  ↩ Reply

Nelson:

Good to talk with you once again and here is some
additional information to assist with planning.

First, regarding the performance bond, Melanie Jolles of
Scott Financial is who you will want to contact. Her office
number is 954 527 0777. Cell is 954 614 6640.  If she
needs any info regarding dates please let me know.

Schedule.  I understand it will make the most sense for you
to meet in FL enroute to St. Thomas. I have a very flexible
schedule and there is an excellent chance I will be in FL for
much of the last two weeks of this month anyway.  Either
way I can travel at a moments notice and will await word
from you as to what days work best.  Plan if possible a day
and a half and possibly two full days if you would like to
spend time on both Hylas 70's in FL.

This H70 was originally scheduled for a May shipment from
the yard.  I have informed Queen Long that this
commitment was contingent on shipping by the end of April
at the latest and to plan on a mid April shipping if possible.

To stay on schedule there are certain decisions that are
important particularly early on.  The primary decisions are
the following;

Teak Deck or Standard Nonskid. As per our conversation
you do not want the teak decks which make sense. The
nonskid is available in either the Beige or a Light Gray as
seen on Druckers H70 #5.

Keel.  Options are Deep Keel at 9' 6". We have built just
one of these keels with one more in production.
Centerboard.  We have several for the first few hulls but
requires more long term maintenance and draws slightly
more than the shoal draft.   Shoal Draft Option.  I think this
will be the most keel of choice for most owners as the
righting moment is better than the Centerboard without the
draft.  We have also been very pleased with
the performance on this keel.

Dual Windlass Design. Two of our owners have decided to
have a dual windlass design forward.  This also affects the

🔲 New window
🖨 Print all

Sponsored Links (feedback)

Biggest Names In Garage Floors
FREE Ship- Fr $1.75 ft USA made
www.BigFloors.com

100% Plastic. Durable & Maintenance
Free. Many Sizes & Colors In Stock!
www.EPSPlasticLumber.com/Decking

Dent Proof, Scratch Resistance,
The Best in the Market
nuteak.com

As Seen On hgtv I Want That
US Made Manufacturer Direct
www.Teakworks4u.com

Teak Furniture for patio,deck,patio
or garden on Sale - free shipping
www.classicteak.com

Custom Crafted Marine Technology
Davits, Chocks, Metal Fabrication
www.umtmarine.com

Huge Selection of Wood Adirondack
Chairs in all Styles. 60% Off Sale!
www.AdirondackChairs.com

**More about...**
Marine Teak Wood »
Panel Teak »
Wood Furniture »
Dock Hardware »

About these links

Compose Mail

Inbox (206)
arred ☆
Chats ♀
Sent Mail
Drafts (1)
All Mail
Spam (3)
Trash

Contacts

▼ Quick Contacts

Search, add, or invite

● Nelson Sharp
  Set status here ▼
  Kjachney@aol.com
  Sheri

▼ Labels
Boat
Travel
          Edit labels
          Show all

nvite a friend

Bow Roller design as well. I do not recommend this option as the motor itself is the only real spare needed however if this is of any interest it is best to know in advance.

Winches. As per our conversation, if you have any particular preference toward any winch company whether Lewmar, Harken, Anderson or Antal, any of these can be installed and they are all similarly priced so no cost differential to be concerned of. Antal is considered top of the line and the most expensive however the least known in the U.S and more prevalent in Europe.

Of these decisions, if you have preference for the keel and deck then ideally I would like to be able to forward this information as soon as possible.

Interior design. Once aboard we will want to review and make decisions on both the cabinetry style and layout. Once these decisions are put in writing the yard will forward diagrams for your review. Other decisions such as stainless options such as stern seats, extended rails, etc can be discussed in FL. I will forward a more comprehensive CD outlining each of the H70 interior layouts and decisions to help in your decision making when we get together.

Let me know if you have any questions and I look forward to talking again in the next few days.

All my best,

Kyle

D-1

---

Access 350+ FREE radio stations anytime from anywhere on the web. Get the Radio Toolbar!

↩ Reply   ↩ Reply to all   ⇥ Forward   Invite Kjachney@aol.com to Gmail

« Back to Inbox    Archive    Report Spam    Delete    More actions...    ‹ Newer 14 of 223    Older ›

Begin typing in the address fields and Gmail will suggest names from your contact list.

You are currently using 93 MB (1%) of your 7323 MB.
Gmail view: standard with chat | standard without chat | basic HTML  Learn more

©2009 Google - Terms - Gmail Blog - Google Home

Tab B

# Hylas Yachts, Inc.

## SALES CONTRACT

**Sold to:**    Mr. Nelson Sharp                              June 4, 2009
139 Touchdown Drive
Telluride, CO  81435

### DESCRIPTION

One Hylas 70 Twin Wheel Design, Hull #9, with Shoal Draft          **$1,990,000**
designed by German Frers, including equipment as listed on the
Specification Sheet, (Exhibit A). Costs of additional options
shall be listed in this agreement as Exhibit B.  Final cost is
delivered and fully commissioned.

> **First deposit of $199,000 is due with the signed Agreement**          ($199,000)
> **and Contract**
>
> **The second deposit of $199,000 will be due November 1, 2009**   ($199,000)
>
> **Balance carried forward after all deposits,**
> **not including options.**                                             $1,592,000

**SELLER**                          **BUYERS**

Kyle Jachney, Hylas Yachts, Inc.          Mr. Nelson Sharp

# *Hylas Yachts, Inc.*

## SALES AGREEMENT

**THIS AGREEMENT** made as of June 4, 2009 between HYLAS YACHTS, INC., PO Box 583, Marblehead, Massachusetts 01945 (the "Seller") Mr. Nelson Sharp, 139 Touchdown Dr., Telluride, CO 81435 (the "Buyer").

**1. Sale and Purchase:** Seller agrees to construct and Buyers agree to purchase one Hylas 70, Twin Wheel, Center Cockpit Deck, Hull #9 (the "Yacht") designed by German Frers and constructed by Queen Long Marine Co., Ltd., of Kaoshiung, Taiwan, R.O.C. ("Queen Long"). The Yacht shall be built according to the agreed design and construction drawings and hull and deck materials, which have been reviewed with the Buyer. The fully loaded draft of the Yacht must not exceed 7 feet 0 inches. The Buyers have also reviewed a list of standard equipment to be included in the base price of the Yacht. Drawings of the yacht and the amended list of standard equipment will be appended to this Agreement as Exhibit "A". No changes will be made to the design and construction drawings unless by written agreement between the Buyer and the Seller. The Buyers and their representative(s) shall have the right to inspect the Yacht at any time or times during its construction and commissioning.

**2. Base Price:** The base price for the Yacht will be $1,990,000. The base price is F.O.B. Ft. Lauderdale, FL, fully commissioned, seaworthy and ready to sail and includes all standard equipment and additional optional equipment as outlined in Exhibit "A".

### 3. Payment Schedule:

    a.    An initial 10% deposit of $199,000 shall accompany the signed Sales Contract and Sales Agreement.

    b.    A second deposit of $199,000 shall be due November 1, 2009

    c.    The balance shall be paid upon delivery as defined in Paragraph 8.

**4.** Per our agreement all funds received from Nelson Sharp will be deposited in a two party escrow account with the Salem Five Bank. The escrow account will require two signatures (Hylas Yachts and Nelson Sharp) before the funds are released. In addition Nelson Sharp will pay Hylas a 2.5% fee for all current and future deposits handled in this manner. All interest earned on the restricted funds will be credited to Hylas Yachts.

**5. Optional Equipment:** Seller and Buyer shall meet periodically after the date hereof to discuss the optional equipment and accessories to be installed by the Seller and its Subcontractors on the Yacht. An initial list of such equipment shall be developed as soon as possible after the execution of this Agreement (the "Options List") and shall be

supplemented and revised thereafter as specified by the Buyer. Said list shall be designated Exhibit "B" and shall be a part of the Agreement and is incorporated herein by reference. All optional equipment specified by Buyer shall be obtained by Seller on Buyer's behalf at the best and lowest cost available.

**6. The Commissioning:** The Yacht shall be commissioned in Fort Lauderdale, Florida and the commissioning is to include all work necessary to install all equipment (standard and optional) and place same in good and proper operating condition.

The Yacht shall be presented to the Buyer for sea trials after commissioning. To the extent the sea trials disclose defects in materials or workmanship or equipment which is not properly installed or is not in good and proper working order, Seller agrees, at its expense, to make all necessary repairs, modifications or replacements so as to present the Yacht to the Buyer at the delivery in completely sound condition with all systems and equipment operating safely and properly.

   a.   Commissioning shall include stepping the mast, deck hardware and rigging,

   b.   Awlgrip painted hull, if ordered, ground tackle with electrical panel operations and all systems listed on Exhibit B, including water maker installation in full function.

   c.   Name and hailing port are the responsibility of the buyer.

**7. Titles and Risk of Loss and Damage:** Title shall remain with the Seller until the Yacht is delivered to the Buyer upon final payment. In the event of (i) complete loss of the Yacht, or (ii) damage to the Yacht prior to Delivery (if the damage is of such nature or materiality that it cannot be promptly and adequately repaired so as to place the Yacht or its equipment in as good condition as it would have been but for the damage), the Buyer may in the case of the occurrence of (i) or (ii) above, elect to terminate this Agreement upon written notice to Seller, and all sums theretofore paid by Buyer to Seller (including all payments described in Paragraph 3 above) shall be promptly repaid by Seller to the Buyer. Seller shall deliver such documents of title and other certificates to Buyer at the Delivery as are necessary for the Buyer to register the Yacht for U.S. Coast Guard documentation in Buyers' name or in the name of their designee, free and clear of al liens and encumbrance of any nature whatsoever. Seller agrees to indemnify and hold harmless Buyer from and against any and all claims or causes of action of Seller's subcontractors, suppliers (including but not limited to Queen Long), or third parties, including costs or attorneys fees incurred by the Buyer in handling or defending such claims or causes of actions.

**8. Buyers' Security Interest in the Yacht:** A security interest in the Yacht, to the extent completed, and a security interest in all work and equipment performed upon or installed in the Yacht or placed on board the Yacht, shall vest in the Buyer for security purposes only to the extent of all payments previously made by the Buyer to the Seller. A security

interest in all equipment at the Seller's commissioning shipyard in Fort Lauderdale, Florida and all materials and equipment of the Seller located elsewhere for use in the performance of this agreement, to the extent that the Buyer has paid therefore, shall also be vested in the Buyer for security purposes only; provided , however, that except as may otherwise be provided in the Agreement, the risk of loss or damage to such materials and equipment and the Yacht shall remain with the Seller, and the Buyer shall not be deemed to have waived their rights to require the Seller to replace, with no adjustment to the purchase price, defective, damaged or destroyed workmanship or material, and to deliver the Yacht to the Buyer as provided in their Agreement. The Seller will file the Buyer security interest with the State of Florida and such interest shall be extinguished when title to the Yacht is transferred to the Buyer.

**9. The Delivery & Closing**. Within one week of the yacht's safe delivery to the chosen yard of commissioning, the balance of payment due, less an amount of $100,000 shall be paid to Hylas Yachts, Inc. The final balance of $100,000 shall be due upon Closing when the sea trial is completed and the yacht is fully sound and seaworthy. The Closing shall be held at a time and place mutually agreed upon by Seller and Buyer. In addition to the documents of title and certificates referred to in Paragraph 5 above, Seller shall, at its expense, prepare and deliver to Buyer at the Closing, construction drawings and engineering drawings ("as built drawings") showing the layout of all plumbing, mechanical, electrical and electronic equipment installed on the Yacht (all of which shall be clearly labeled, as well). All equipment manuals and written warranties for all standard and optional equipment included shall be provided by Seller to Buyer.

**10. Warranties and Enforcement:** Seller warrants that the Yacht constructed by Queen Long and delivered to the Buyer will be of excellent quality, of good workmanship and materials, seaworthy and suitable for its intended use of extended ocean cruising. Sellers agrees, for a period of three (3) years after Delivery, to either fix any warranty defects by the factory or reimburse the Buyer for the cost incurred in fixing it. Any defects by the factory for issues that apply to the deck and hull for a period of ten (10) years shall be the responsibility of the Seller. Seller further agrees to assign all rights and warranties for standard and optional equipment to the Buyer and to assist the Buyer in asserting and enforcing any warranty claims against equipment manufacturers or suppliers after the Closing should defects in workmanship or materials be identified after delivery of the Yacht to the Buyers.

**11. Insurance:** The Seller shall arrange for full insurance coverage of the Yacht from its arrival at the chosen yard of commissioning until conveyance of the title to the Buyers at the Closing. The Buyers will arrange for full insurance coverage of the Yacht beginning on the date of the Closing.

**12. Taxes and Import Duties:** Any taxes or import duties imposed by any Federal, State, or Local authority upon the construction or importation of the Yacht shall be paid by the Buyers.

13. **Governing Law:** This Agreement shall be construed and governed by the laws of the Commonwealth of Massachusetts, without regard to the conflict of laws rules of that State.

14. **Entirety: Amendments:** This Agreement shall constitute the entire agreement of the parties with respect to the subject matter hereof and may be amended or modified only by a writing signed by all parties hereto, except with respect to amendments made to the optional equipment list (Exhibit "B") which shall be made on a continuing basis as contemplated by Paragraph 5 above.

IN WITNESS WHEREOF, the parties hereto have set their respective hands as of the day and year first above written.

SELLER

_____
Kyle Jachney, Hylas Yachts, Inc.

BUYER

_____
Mr. Nelson Sharp

## Hylas 70 Standard Specifications and Equipment

### Hull & Deck

American Bureau of Shipping (ABS) Standards for Hull & Deck design

Twaron hull, a carbon aramid fiber with alternating FRP glass lay up, hand laid with no core and using vinylester resins and Isophthalic gel coat.

Hull to deck joined with 3M 5200 and S/S bolts

Deck 3/4" Baltek Cored only in nonskid areas.  All thru-bolting is thru sold deck.

Five (5) years GRP hull warranty

Two epoxy barrier coats below the waterline for optimal protection

Two coats of Micron CSC Bottom Paint.  Third coat around waterline to a depth of four feet

Watertight collision bulkhead forward and independent overboard drainage

Anchor and sail lockers as watertight collision bulkhead forward of forward cabin with independent overboard drainage.  Secondary drainage installed with shutoff to main bilge

Watertight stern sections across aft port and starboard lazarettes and stern locker (garage)

Watertight stern bulkhead across lazarettes

Divided anchor locker.  Anchor locker drains directly overboard.  Access available from sail locker to forward anchor locker with aft storge for fenders and dock lines.

Sail locker forward with step down feature

Solid teak cockpit sole

Varnished teak fold up cockpit table with top access for storage, accommodating 10 guests, seated

Stainless cowl vents, Two (2)

Large aft stern lazarettes, port and starboard with dual Bailey latches for watertight seal

Stern garage with ample storage for scuba compressor and scuba tanks with Dedicated Rule Auto bilge pump and man ual override in the cockpit.

Transome steps, raised for Scuba compressor and tanks

60% Skeg Rudder, 60% skegged rudder for optimal performance, strength and protection

Dedicated Rule 2200 Auto bilge pump with manual override in cockpit for stern garage section

Very large step down sail locker forward with separate stainless access hatch.  Sail locker is also a watertight bulkhead.

Solid lead keel with solid 35mm stainless steel keel bolts with transverse mounted 8mm backing plates.  Option for centerboard design with 7'8" draft with board up and 12' draft with board down

Rudder is 60% skegged allowing for optimal performance under power while offering strength and protection for rudder post and bearings

Rudder bottom plane in each model above the keel plane for grounding safety

Solid GRP Fiberglas located where deck, deck fittings and stress areas

Stainless double bow chock with storage for two 90 lb. anchors

Molded contrasting non skid available in two colors:  linen beige or whisper gray

Solid stainless stem head fitting with split bow roller with stowage for 90lb CQR and 90lb Bruce.  Owner has a choice of which primary and secondary anchors are to be installed

Solid stainless striker plates for bow protection

Stainless protective plate on hull's stern

Fresh water hot/cold shower on stern platform

Fresh water deck wash down pump, Flojet MVP12 - 12V, S/E

Fold down stainless stern swim ladder

| |
|---|
| Salt-water washdown pump for anchor washdown |
| Six pair of 12" stainless deck cleats.  Two pair at the bow, two pair midship cleats and  two pair of 12" stern cleats |
| 32" high 316 stanchions 1 ¼" in diameter with double lifelines |
| Mainship 316 low profile hatches for ports and excellent ventilation |
|   Mainship Low profile S/S LDH 10" x 10" - HATCH FOR FWD HEAD |
|   Mainship Low Profile S/S LDH 19-1/2" X 19-1/2" - HATCH FOR THIRD & AFT CABIN |
|   Mainship Low Profile S/S LDH 24" X 24" - HATCH FOR FWD CABIN & SALOON |
|   Mainship Low Profile S/S LDH 24" X 24" - HATCH W/ LOCK FOR SAIL LOCKER |
|   Mainship Low Profile S/S 5" X 12" X 1-5/8" - Opening Port lights above galley.  Three total |
|   Mainship Low Profile S/S 7" X 14" X 1-3/4" - Opening Port light for each cabin |
| |
| **Winch Inventory:** |

| Primary Winches: | 2- Antal CHST 77's Hydraulic-(mounted side-cockpit fwd) |
|---|---|
| Secondary Winches: | 2-Antal CST 66's.   Manual Winches. 24V  Hydraulic Optional |
| Mainsheet Winch: | 1-Antal CHST 60  Hydraulic- (mounted aft cockpit c/line) |
| Cockpit Winch: | 1-  Antal CHST 66  Hydraulic  24V  (mounted coach roof-stbd) |
| Halyard Winches: | 2- Antal CHST 52's Manual ( mounted on mast) |
| Traveler winches: | Antal 40's CHST Manual |

| |
|---|
| Owner has choice of Hydraulic push button controls at winch location or helmsman position |
| Teak handrails on foredeck coach roof and aft coachroof.   All handrails to be either teak or stainless included as standard |
| Stainless steel companionway handrails |
| Stainless coachroof handrails |
| Whitlock Mamba Mechanical Steering System for Twin Steering positions |
| Lewmar 135 Compass's for each pedestal |
| Aqualoy 22 Shaft WBM 2"X115" |
| Stern boarding ladder-Fold down stainless and teak .  Ladder reaches a five foot (5') depth |
| Side boarding ladder-Fold down stainless and teak.  Ladder can be mounted on either port or starboard side |
| Marinco 50A/220V and 50A 220/125V shore power connections |
| 3" Copper Grounding Strap both  Port and Starboard |

## Ground Tackle

| |
|---|
| Lewmar Ocean Series V4 Chrome plated Bronze Hydraulic Windlass |
| Primary anchor 90 lb. Standard and tackle:  300' system 40  triple B 1/2" galvanized chain with primary anchor |
| Secondary anchor and tackle:  100' system 40 triple B 1/2" chain and 300' of 3/4" anchor rode with 2ndary anchor |
| Six dock lines. 4@ 50' x 3/4" and 2@75' x 3/4  Premium Braid New England |
| Three 10 X 26" Taylor fenders |
| Windlass foot pedals |

## Rig & Rigging

| |
|---|
| GMT Carbon In Boom Furling with dedicated hydraulic halyard and boom controls |
| Furlex Hydraulic 500 Series Forestay with cockpit controls |
| Furlex 400 Series Inner Forestay with clutch aft at 2ndary winches |

| |
|---|
| Forespar Aluminum Three spreader Mast |
| Navtec System 50 Hydraulic Backstay |
| Navtec System 50 Hydraulic Boom Vang |
| All standing rigging is Navtec Rod Rigging.  All rod will be measured and cold headed during commissioning |
| Doyle Sails including full battened VECTRAN mainsail and 135% Dacron Genoa with Sunbrella cover. |
| Primary and secondary main SPECTRA Halyards |
| Primary and secondary genoa SPECTRA Halyards |
| Halyard bales on forward dorades |
| PBO Single Line Running Backstay system |
| Main Traveler track, car and winches to be added, for main sheet system with main sheet stand-up block similar to Hy54's design |
| All sheets to the aft cockpit will not interfere with the seating area of the cockpit |
| |
| <center>Mechanical/Electrical</center> |
| |
| Yanmar Model 6BY260 w/KMH40A 260HP/4000RPM diesel engine with cockpit controls and complete |
| Fisher Panda PMS 12MN/60 12KW genset with 24V12V output |
| Lewmar Hydraulic 250 kfg Bow Thruster |
| Commander 400 Series 24V Hydraulic Pump System.  System installed as Dual Motor, ten function 24V hydraulic power pack assembly.  System installed by Navtec directly |
| Navtec A320 SYSTEM 50 Hydraulic panel |
| Dual Racor fuel filtration system allowing independent filter and bypass system |
| Oil change pump built in as standard for Engine, Genset and Transmission |
| All wire is tinned, no copper wiring except Selden supplied masthead lights |
| All thru hull fittings are solid bronze and all bonded |
| Two 3" copper strips running bow to stern both port and starboard for grounding |
| 1200 AH 24V House Bank for hydraulic systems, winches, anchor windlass and rig controls |
| All batteries are isolated with a built in reverse isolation switch |
| Two independent alternators, one 225 amp dedicated to house bank and one 80 amp dedicated to engine start. |
| All batteries to be Lifeline AGM maintenance free batteries.  House bank to be located underneath aft stateroom berth |
| Engine room Soundown insulation, 2" vinyl/foam composite |
| Aqua Signal Navigation Lights; running lights, masthead anchor, tricolor steaming light and foredeck light |
| ST60 Depth sounder, speed log and wind speed Indicator |
| S-2A Firebuoy Fuel Vapor Monitor |
| MS-2/25' Xintex Propane/CNG Sensor |
| M-4124RC Cole Hersee Dual 24V Fuel/Water Alarm System |
| #51211Pro 10-3 Flyback 10A 12V PM Battery Charger |
| #299017 Mastervolt Battery Charger 24V/80A 230V 50/60HZ |
| #299017 Mastervolt Battery Charger 24V/80A 230V 50/60HZ |
| Two 24V/12V DC/DC Mastervolt 20A Step Down Chargers |
| Morse single lever control system to protect against high RPM gear shifting |
| Propellar size:  3 Fixed blade 28" diameter X 15-1/2" pitch |

| |
|---|
| TWO 35400-0000 JABSCO Engine Room Blower 4" 12V |
| 87178 Hella Two speed Jet Fan 12V, fourteen total |
| Engine and generator starting batteries to be 4D AGM Lifeline 12 V batteries |
| Fresh air feed to engine room, (possible Dorade or rear feed with water trap.) |
| Newmar galvanic isolators to be located in line before main circuit breakers for safety ground line ( in garage) |
| ALL A/C distribution panel neutral and grounding circuits to be ordered on distribution panel consistent with positive wiring.  FIRST position on AC main breaker panel  to be blank, 30 A breaker. Terminal blocks to be used for neutral and grounding wiring (NO EURO spring panels) |

## Plumbing and Tankage

| |
|---|
| 360 gallons of water in four vented stainless tanks |
| 710 gallons of fuel in four vented stainless tanks |
| All tanks are baffled |
| All tanks have easy access for inspection with dipsticks, threaded inspection port and larger inspection port for interior inspection and cleaning. |
| Two (2) independent bilges pump systems, one Rule 3500 gph system, one Par 3000 gph system. Total of 6500 gallon/hour with Bilge Bug conductive switches. |
| Options available to increase and/or change balance of total and type of tankage |
| S1950 Seaward 18 gallon hot water heater SS  220V |
| WSC-60/24V GROCO washdown pump 24V |
| PAR-MAX 4 Bilge Pump 24v |
| Fresh water pumps (2) Surflo Extreme pump 5.7 GPM, 24V water pump |
| Jabsco H/D Mascerator Pump 24V for galley sink |
| GW2229B Whale Waste Tank w/ Float |
| BP3740 Whale Gusher 10 Manual Bilge Pump |
| 302400 Sealand T-Series odorless discharge hose for all heads |
| 10590-0001 Jabsco H/D Mascerator Pumps 24V for waste tanks |
| Groco Bronze In Line water strainers for engine, refrigeration units and generator |
| Beckson CV 1-1/2 check valve for all sinks |

## Galley and Heads

| |
|---|
| Force 10 Four Burner LPG stove |
| Two 20LB Trident Aluminum LPG tanks |
| Separate standing refrigerator with Frigiboat Refirgeration System and Danfloss Compressor |
| Front and top loading freezer with Frigiboat Refrigeration and Dual Danfloss Compressors |
| Wahlee Stone counters in galley.  Owner to choose color |
| Raritan PHII Manual Heads.  Option for Raritan Electric heads or Vacuflush heads |
| GP1309B Whale Foot Pump |
| Choice of several sink designs.  All sinks in Brushed Stainless or FRP. |
| Add opening port to owners shower, for a total of two, in head and shower. |

## Interior

Standard Equipment List
Exhibit A

| |
|---|
| Hylas Yachts offers its owners a unique opportunity to customize their interiors to a level that very few builders allow.  In addition many of these changes cost very little or are no cost, which offers and increases the value of their yacht considerably. |
| Choice of Corian or Wahlee Stone for Galley and Head Counters. |
| Choice of customized teak or maple interior with options for bamboo sole and other hardwoods |
| Solid teak soles laid on sealed sub flooring with epoxy urethane coating and 7 layers of varnish |
| Solid teak doors and trim |
| Finely finished cabinetry with a choice of solid or louvered finish |
| Solid teak handrails throughout the interior for easy movement offshore |
| Abundant overhead hatches and ports for excellent ventilation |
| Epoxy sealed endgrains and subflooring |
| All cabin sole pieces are positive locking for offshore passagemaking |
| All cabinets are finished throughout in teak, including complete interiors |
| All overhead headliner is easily removed for access to hardware |
| Hylas 70 design incorporates four (4) heads for a four (4) cabin layout |
| Workbench design in third portside cabin customized to owners needs. |
| Headliner is easily removed for easy access to hardware |
| |
| |
| |
| |
| |

Hylas 70 #8
Nelson Sharp

## H70 Hull #9
## NELSON SHARP
## EXHIBIT "B" FINAL INVOICE

### BALANCE FORWARD AFTER ALL DEPOSITS      $ 1,597,000

### HULL & DECK

| | | | |
|---|---|---|---|
| 1 | Light Beige Nonskid as standard | Stnd | |
| 2 | Aluminum Toe Rail | Stnd | |
| 3 | Cockpit sole to be teak, no teak on seats | NC | |
| 4 | Teak rubrail, to have a solid stainless striker cap | $ | 7,200 |
| 5 | Cockpit seatrs are straight design w/longer cockpit table | NC | |
| 6 | Hydraulic Primary Winches as per Standard Equipment List | Stnd | |
| 7 | Hydraulic Mainsheet and Cockpit Winch as per Standard Equipment List | Stnd | |
| 8 | Single Lewmar V4 Hydraulic Windlass as standard | Stnd | |
| 9 | Manship Low Profile Hatches as per Standard Equipment List | Stnd | |
| 10 | Keep standard Bow Roller Design forward. | Stnd | |
| 11 | Extended stern pushpits to midship gates | $ | 3,200 |
| 12 | Liferaft Cradle to be built into stern on portside. Cradle to fit 10 Man Winslow Raft | $ | 1,100 |
| 13 | 50A 125/250V Shore Connection as standard | Stnd | |
| 14 | Glendenning Cable Masters for two 50A 75' chords including 2nd 50A Shore | $ | 5,200 |
| 15 | Two 50A 220V European Shore Connections only. NO 32A connections | $ | 750 |
| 16 | Stainless Bases for Simpson Davits | $ | 2,800 |
| 17 | Four folding padeyes in cockpit, two at forward end of cockpit, two at aft end of | $ | 360 |
| 18 | Added two padeyes, one at each helms seat | $ | 180 |
| 19 | TWO Helm Seat opening ports in cockpit passageway | $ | 1,960 |
| 20 | Stern Seats to be FIXED not folding | $ | 1,800 |
| 21 | One pair of opening cockpit ports forward end of cockpit | $ | 1,990 |
| 22 | No Dorades similar to H70 #4. | $ | 700 |
| 23 | Additional two Marine depot s/s 12" cleats in transom, stb and portside | $ | 360 |
| 24 | Stainless Radar Pole for mounting two domes and two antenna arrays with outboard lift | $ | 3,100 |
| 25 | Lewmar Bow Thruster confirmed as 300TT in lieu of standard 250TT model | $ | 1,475 |
| 26 | Sunbrella Dupione-Galaxy for cockpit. Piping to be white. Chosen by NS during visit. | $ | 545 |
| 27 | Add 2nd Bow thruster unit and controls | $ | 700 |
| 28 | 2nd Radar Pole. Final design forwarded by Dave Lalonde to QL | $ | 3,100 |
| 29 | Stainless rail around cockpit table as per NS request during visit | $ | 480 |
| 30 | S.S Protection guards for bow thruster joysticks, same as H70-#2 | $ | 280 |
| 31 | Install large wichard padeyes on coachroof just inboard of grab rails, port and starboard, per owners request on visit to factory | $ | 160 |

Hylas 70 #8
Nelson Sharp

| | | | |
|---|---|---|---|
| 32 | Install stainless rail 1/2" X 1-1/2" high around center of cockpit table to prevent items from falling, per owners request | $ | 420 |
| 33 | Installation fee for Clarion stereo to be installed in aft end of cockpit | $ | 160 |
| 34 | One additional pair of speakers to be installed in Cockpit per Dave Lalonde design | $ | 200 |
| 35 | TV/phone shore power connection per Dave Lalondes | $ | 450 |

## RIG AND RIGGING

| | | |
|---|---|---|
| 1 | GMT Carbon Furling Boom System. | NC |
| 2 | Furlex Hydraulic Furling Forestay with 135% Genoa as per Standard Equipment List. | Stnd |
| 3 | Mainsail to be Vectran as per Standard Equipment List | Stnd |
| 4 | Hydraulic Vang and Back stays as per Standard Equipment List | Stnd |
| 5 | Doyle 135% Dacron Genoa and Staysail as standard | Stnd |

## GENERAL

| | | | |
|---|---|---|---|
| 1 | Standard Bamboo Sole with High Gloss finish. | Stnd | |
| 2 | Cabinetry to be European style w/thin louvers | Stnd | |
| 3 | Continuous handrail both port and starboard for main saloon to galley and Nav station as standard | Stnd | |
| 4 | All Hanging lockers in forward, port and aft cabin to be cedar lined | Stnd | |
| 5 | All hanging lockers to have automatic lights when opened | Stnd | |
| 6 | All fans to be double speed | Stnd | |
| 7 | Galley Counters and Head Counters to be Corian "Aurora" AR 209. | Stnd | |
| 8 | Fiddles for Galley and Heads to be teak fiddles as standard or Corian Fiddle option. | $ | 2,800 |
| 9 | Ultra Suede or Ultra Leather for interior seating areas | Stnd | |
| 10 | European Headliner similar to H70 #5 and #8 Nissan. Owner has chosen Cameo White | $ | 800 |
| | Cameo White to had used for inside of coachroof for saloon, galley and Nav, Owners Stateroom and Port Cabin | $ | 2,200 |
| 11 | Teak grates in the shower sumps as standard | Stnd | |
| 12 | Microfiber materials for berths. Color to be GS320-513 | Stnd | |
| 13 | QL to install LED Footlights, ten total | $ | 550 |
| 14 | Four Dimmers for Ventura LED overhead lights | $ | 276 |
| 15 | Delete.  No Glacier Bay insulation was Special insulation, 144 Sq. feet for Engine room | | |
| 16 | 71 Ventura LED overhead lights total with 4 Dimmers | $ | 5,495 |
| 17 | Beam Central Vacuum System purchased and installed.   Hoses and attachments are purchased by the owner in the U.S | $ | 2,650 |
| 18 | Padeyes and Eyebolts were discussed in QL email dated 3.12.10.  The number of each and locations were not spelled out in the email. | TBD | |
| 19 | Teak hatch screen for forward head, third portside cabin and saloon (4ea) | $ | 920 |

## MECHANICAL& ELECTRICAL

| | | |
|---|---|---|
| 1 | Yanmar BY-260HP with Electronic primary engine controls. | Stnd |
| 2 | Vitrifrigo Freezer/Refrigeration Drawer Layout similar to H70 #5 | Listed in Galley |
| 3 | Fischer Panda 12KW 240/120 Genset | Stnd |

Hylas 70 #8
Nelson Sharp

| | | | |
|---|---|---|---|
| 4 | Dual Fuel Filters mounted portside on vertical bulkhead similar to H70 #6 | Stnd | |
| 5 | Built in Oil change pump to be plumbed for the engine, genset and transmission | Stnd | |
| 6 | Engine room lights, two total.  Switches located outside engine room door, starboard | Stnd | |
| 7 | Sensotex Fuel and Water gauges | Stnd | |
| 8 | Mechanical Sink drain pump to be installed similar to H54#30 | Stnd | |
| 9 | Cruise Air Reverse Cycle Reverse Cycle AC with four compressor units (7000, 12,000, 16,000, 30,000) and digital controls similar to H70 #1. | $ | 18,870 |
| 10 | Splendide Washer/Dryer located in crews head | $ | 2,420 |
| 11 | Two 32A Shore Power Connections for European Connection | $ | 1,700 |
| 12 | Isolation Transformer for use in Europe | $ | 2,950 |
| 13 | Add Fisher Panda 4KW DC Genset for back up charging.   Cost includes stainless shelf and bracketing | $ | 18,300 |
| 14 | AC Vent Ducted to Engine Room | $ | 375 |
| 15 | Add hanging rod to engine room | NC | |
| 16 | Seagull X6 Purifier unit for multiple outlets | $ | 1,057 |
| 17 | Install fee for 1 Samsung blue ray disc player to be installed in aft cabin and one insalled in Main saloon per owner | $ | 1,000 |
| 18 | Speakers for forward cabin, portside cabin crew quarter cabin and one additional pair of speakers for aft cabin  (4 pr. Total) | $ | 800 |
| 19 | Installation fee for 2 interphase transducer installed in the hull for forward scanning sonar per Dave Lalonde's design | $ | 450 |

**FORWARD HEADS AND SHOWER STALL**

| | | | |
|---|---|---|---|
| 1 | Vacuflush Heads in both forward head areas | Stnd | |
| 2 | Corian Stone Counters. Model Aurora AR 209.   Fiddles to be 1/2" as per owners dimensions | Inc. in General | |
| 3 | Fold down teak shower seat | Stnd | |
| 4 | Shower doors in the forward heads are to be solid doors with opening at the top for ventilation | Stnd | |
| 5 | GFI 110AC Outlet in both forward head areas as standard | Stnd | |
| 6 | Teak grates under head sink area | Stnd | |
| 7 | Standard faucets for both forward sink areas | Stnd | |
| 8 | 110AC outlet added to inside of aft end mirrored cabinet in forward head | $ | 105 |

**FORWARD CABIN**

| | | | |
|---|---|---|---|
| 1 | No fixed ports in hull | NC | |
| 2 | All cabinets outboard to be enclosed | Stnd | |
| 3 | Berth to be queen double | Stnd | |
| 4 | Bench seat in front of the portside hanging locker similar to H70-#2 | TBD | |
| 5 | Two wide drawers below forward berth, berth still to be lifting berth | Stnd | |
| 6 | Oceanair hatch | $ | 1,030 |
| 7 | Portside Hanging Locker with cedar lining.   Lift up storage at base of locker accessed inside | Stnd | |
| 8 | Starboard hanging locker to have cedar lining as standard.   Fold down cabinet at base of | Stnd | |
| 9 | Fold down cabinet below hanging locker | Stnd | |
| 10 | Wiring and installation of TV supplied by owner | $ | 350 |

Hylas 70 #8
Nelson Sharp

| | | | |
|---|---|---|---|
| 11 | Install 2 drawers on ea nightstand, same as H70-#2 | $ | 550 |
| 12 | Installation fee for 1 Samsun 19" TV on port bullkhead next to door facing berth in forward cabin Owner supplied | $ | 400 |
| 13 | TV installed in port cabin, owner supplied | $ | 400 |
| 14 | TV installed 19" Samsung in Crew quarter cabin | $ | 400 |
| 15 | Install Samsung 26" TV w/cabinet below to have shelf and drawers in aft cabin | $ | 800 |
| 16 | Modificaiton fee for the fold down cabinet under the TV in aft cabin for sterio and CD player | $ | 300 |
| 17 | Chart storage locker under 3rd portside cabin as per owners drawing | $ | 520 |
| 18 | Install Wichard padeyes on port and starboard side headliner in aft cabin | $ | 160 |

**PORTSIDE CABIN**

| | | | |
|---|---|---|---|
| 1 | Berth to be lifting, no drawers underneath similar to H70 #3 | Stnd | |
| 2 | Three drawers below hanging locker forward of berth | Stnd | |
| 3 | Portside Cabin berth to be made 4" wider. | NC | |
| 5 | 110 AC Outlets.  One at both forward and aft end of outboard cabinets | Stnd | |
| 6 | Cabinet next to the berth as per QL diagram.  Cabinet to have single drawer with cabinet below and single removable shelf. | NC | |
| 7 | Mattress to be upholstered in Microfiber  Color to be determined | Stnd | |
| 8 | Wiring and installation of TV supplied by owner | $ | 350 |
| 9 | Add stainless plating to lifting section of port berth for workbench area | $ | 520 |

**MAIN SALOON AND NAV AREA**

| | | | |
|---|---|---|---|
| 1 | No hull ports in saloon.    Fully enclosed cabinets port and starboard | NC | |
| 2a | Main Saloon Table, Portside, as per owners dimensions with burled top.  Confirmed by QL diagram dated 11.30.09 | $ | 1,045 |
| 2b | Starboard table added with folding design and burled top.  Confirmed by QL diagram 11.30.09 | $ | 1,450 |
| 2c | Imtra Anodized Hydraulic Lifts for both tables (four total) with mounting hardware | $ | 3,760 |
| 3 | Forward end of Dinette to be built out from the forward bulkhead by 4" with a narrow shelf along the bulkhead. | $ | 450 |
| 4 | Aft end of dinette seating area to have narrow cabinet similar to Hylas 70 #1.  QL has confirmed this layout with diagrams dated August 27, 2009 | | |
| 5 | Delete Chart Storage as per owners visit.  Possible Chart storage under port cabin lifting berth. | QL Diagram to be attached | |
| 6 | Two folding bench seats as standard | Stnd | |
| 7 | Starboard settee to be full length.  Aft end of settee to be open to Nav area similar to H70 #5 | Stnd | |
| 8 | Nav Desk to be outboard facing with forward desk end similar to H70 Hull #5. | Stnd | |
| 9 | Instrument panel outboard to be full length | Stnd | |
| 10 | Nav panel to be straight design, not angled | NC | |
| 11 | CHANGE.  Nav Seat to be Fixed post chair with no arms | Stnd | |
| 12 | Bi-fold opening Nav Desk to be made as wide as possible | Stnd | |
| 13 | Computer slide out desk on forward section of Nav Desk | Stnd | |

Hylas 70 #8
Nelson Sharp

| | | | |
|---|---|---|---|
| 14 | Drawers at aft end of Nav Station.  Bottom drawer to be file drawer as per QL diagrams dated 8.27.09 | Stnd | |
| 15 | Avanti Wine Cooler located under forward end desk at Nav area with teak cabinetry | $ | 700 |
| 16 | Top access storage measuring 12" wide and 13.5" deep as per owners dimensions forwarded 10.19.09 | TBD | |
| 17 | Stainless companionway Rails added similar to H70 #5 Nav Seat finished in Dune UltraLeather | $ | 625 |
| 18 | Additional cabinets above seats on port nd starboard side in main saloon | $ | 735 |
| 19 | Forward end of Dinette to be built out from the forward bulkhead by 4" with a narrow shelf along the bulkhead. | $ | 290 |
| 20 | Installation fee for Samsung 40" TV on forward bulkhead | $ | 400 |
| | **GALLEY** | | |
| 1 | Inboard wall of engine room to be moved 2" deeper similar to H70 #5 | Stnd | |
| 2 | Vitrfrigo Freezer/Refrigeration Drawers similar to Hylas 70 #5.  One freezer drawer to also have Ice Maker at aft located aft end outboard.  Drawers as per QL diagrams dated 8.27.09 | $ | 12,450 |
| 3 | Credit for Standard Stainless stand up Refrigeration an Frigiboat freezer compressor systems | $ | (8,270) |
| 4 | Galley Counters to be Corian  Aurora. | Stnd | |
| 5 | Corian Fiddles and 4" Corian Backsplash in Galley as per owners instructions | $ | 2,400 |
| 6 | **Galley Outboard as follows;** | | |
| 7 | Two cabinets each with single drawer forward of Microwave above counter.  Each cabinet to have a single removable shelf.   Cabinets as per QL diagram dated 9.11.09 | Stnd | |
| 8 | Aft of the Microwave to be a wide cabinet with split cabinet doors and two drawers at counter level as per QL diagram dated 9.11.09 | Stnd | |
| 9 | Aft End Cabinet outboard in galley is deleted as per owner | | |
| 10 | Below the counter, aft of Stove to have Fisher Paykel Dish Drawer | $ | 1,600 |
| 11 | Below Dish Drawer to be split cabinet doors with single removable shelf as per QL diagram dated 9.23.09 | Stnd | |
| 12 | Aft of Dish Drawer below counter to be a full height cabinet with two removable shelves as per QL diagram dated 9.23.09 | Stnd | |
| 13 | GE Advantium Stainless Convection Microwave with vent | $ | 1,160 |
| 14 | Venting for Advantium Oven | $ | 280 |
| | **Galley Inboard as follows;** | | |
| 15 | Aft of Vitrifrigo Refrigeration Drawers inboard to be Stainless Broan Trash Compactor | $ | 1,045 |
| 16 | Aft of Trash Compactor to be have a single drawer below counter.  Cabinet with split cabinet doors below drawer.  Cabinet to have removable shelves. | Stnd | |
| 17 | Two cabinets outboard above counters as per QL diagram dated 9.11.09 | Stnd | |
| | **Galley Aft End as follows;** | | |
| 18 | Standard sink Design similar to H70 #5. | Stnd | |
| 18 | Inboard of sink area to have a top accessed locker.  Locker to measure 13" X 13" inside dimensions and18" deep as per owners diagrams.  Locker to be finished in Corian inside as well. | $ | 600 |

Hylas 70 #8
Nelson Sharp

| | | | |
|---|---|---|---|
| 19 | Cabinets above Sink area as standard | Stnd | |
| 20 | Install Seagull X-6 purifier filter plumbed for galley and each sink area | $ | 950 |
| 21 | Freight for purifier | $ | 212 |
| 22 | Add additional light over the galley | $ | 75 |
| 23 | Add drain to graywater tank from custom recessed compartment as per owners | $ | 250 |

**OWNERS CABIN**

| | | | |
|---|---|---|---|
| 1 | Owners berth to be full width similar to H70 #5 | Stnd | |
| 2 | Desk starboard side similar to H70-#3, mirror installed inside liftin desk top | $ | 1,750 |
| 3 | Forward bulkhead to have drawers and TV cabinet, similar to H70-#5, owner will supply DVD player and stereo to install above drawers and belowTV | $ | 800 |
| 4 | Depth of small cabinets located below TV and above the drawers to be determined | NC | |
| 5 | Four drawers below berth, berth to still be lifting | Stnd | |
| 6 | Oceanair hatch | $ | 1,030 |
| 7 | Hull ports as standard | Stnd | |
| 8 | Two full width sets of hanging lockers to be located starboard side similar to H70 #5 Hanging lockers to be full length each with fold down locker below | Stnd | |
| 9 | Fold down locker door below on portside hanging locker | Stnd | |
| 10 | Vanity identical to H70-#6, w/the cabinet layout the same | NC | |
| 11 | Microfiber for owners berth.  Color to be determined | | |
| 12 | Install Amsec Safe model #1014 under owners berth | $ | 600 |
| 13 | Install TV and DVD player in owners stateroom | TBD | |

**OWNERS HEAD**

| | | | |
|---|---|---|---|
| 1 | Head design to be similar to H70-#5 | | |
| 2 | Vacuflush Heads with mascerator and tank tender | Stnd | |
| 3 | Corian for counters to be Aurora | Stnd | |
| 4 | Clear Lexan door for shower stall. | Stnd | |
| 5 | No Passageway door to galley.   Shower stall to be made identical in depth to H70 #4 | Stnd | |
| 6 | Cabinet aft of shower stall similar to H70 #5 | Stnd | |
| 7 | Light to be added to linen closet | NC | |
| 8 | Teak grate to be installed under head sink area | Stnd | |
| 9 | Additional 110AC outlet installed inside owners head cabinet | $ | 105 |

**STARBOARD CREW QUARTERS AND ATTACHED HEAD**

| | | | |
|---|---|---|---|
| 1 | Upper/Lower design similar to H70 #5. | Stnd | |
| 2 | Crews quarters head to have shower stall | NC | |
| 3 | Splendide washer dryer to be located in crews head | Listed above | |
| 4 | Forward end Hanging Locker to be moved aft to allow for electrical panel at Nav | Stnd | |
| 5 | Drawers below lower berth | Stnd | |
| 6 | Mattresses to be upholstered in Microfiber. Color to be chosen | Stnd | |
| 7 | Mirror to be mounted on inboard cabin side of head door | Stnd | |
| 8 | Vacuflush Heads with mascerator and tank tender | Stnd | |
| 9 | Counter to be Corion | Stnd | |

Hylas 70 #8
Nelson Sharp

The above options represent all changes, additions and deletions to the Exhibit as
agreed upon by the owner as of 3.12.10.  Any further changes, additions or
deletions shall only be as a written agreement between both the Buyer(s) and the
Seller.

**Import duty**                                                          $      15,931
Customs and import duty for entertainment equipment rec'd at factory     $         250

                                                                         $   1,747,841

_____    _____
**Kyle Jachney, Hylas Yachts, Inc.        Mr. Nelson Sharp**

Tab C

## PROTOCOL OF DELIVERY AND ACCEPTANCE

The undersigned hereby attest that the New Build Vessel, the Hylas 70, having a Hull Identification Number: HSY70009D010 was delivered by Hylas Yachts , Inc., as Seller, to DESTINY YACHTS LLC, As Buyer, outside of Florida, in U. S. Waters, offshore the coast of S. E. Florida, USA, at longitude 80 O1.168W and latitude 26 O5.664 as determined by the Ships, _Raymarine_ Navigator system; at _____ .M. (US Eastern Standard time), on _DEC 4_ , 2010 and accepted by Buyer, in accordance with the terms of that certain Sales Contract dated June 4, 2009.

It is acknowledged and confirmed that legal title and risk of loss and damage was transferred from the Seller to the Buyer by and upon such delivery and acceptance at the time specified above.

Dated this 4th day of December, 2010.

Hylas Yachts, Inc.                                    Destiny Yachts LLC

_____               _____
Kyle A. Jachney, Vice President                Nelson Sharp, Chief Executive Manager

_____               _____
Witness                                                      Witness

The Buyer and Seller hereby certify that the above Protocol of Delivery and Acceptance was executed by each party at the time and location written above, and concurrent with the delivery of the New Build Vessel, a Hylas 70 HIN: HSY70009D010 which took place approximately _5_ Miles off-shore of the coast of S. E. Florida, USA.

Hylas Yachts, Inc.                                    Second Chance Sailing, LLC / Destiny yachts LLC

_____               _____
Kyle A. Jachney, Vice President                Nelson Sharp, Chief Executive Manager

Dated: 12/4/16                                          Dated: 12/4/2010

STATE OF Ma
COUNTY OF Essex

The foregoing instrument was acknowledged before me this 4 day of December, 2010, by Kyle A. Jachney for Seller and Nelson Sharp, Chief Executive Manager, for the Buyer, who are personally known to me, OR ( ) who have produced _____ . as identification and who did not take an oath.

(SEAL)

_____
Notary Public
My Commission Expires: _____