```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION
                                        NO: 11-11814-RBC
```

**NELSON SHARP and**
**DESTINY YACHTS, LLC,**
    **Plaintiffs,**

VS.

**HYLAS YACHTS, INC.,**
    **Defendant/Third Party Plaintiff,**

VS.

**FORESPAR PRODUCTS CORP.;**
**GMT COMPOSITES, INC.; and**
**MASTERVOLT, INC.,**
    **Third Party Defendants,**
_____
**GMT COMPOSITES, INC.,**
    **Fourth Party Plaintiff,**

VS.

**NELSON SHARP and**
**DESTINY YACHTS LLC.,**
    **Plaintiffs/Fourth Party Defendants.**

### JOINT SCHEDULING STATEMENT

Now come the parties in the above captioned action, by and through their undersigned counsel, after conferencing pursuant to Local Rule 16.1(B) of the United States District Court for the District of Massachusetts, and hereby file this proposed Joint Scheduling Statement.

**I.**    **DISCOVERY**

The parties propose the following discovery plan:

A. All factual discovery to be completed by May 15, 2013.

B. Plaintiff's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before June 17, 2013.

C. Defendant's designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before July 17, 2013.

D. Third Party Defendants' designation of experts and disclosure of expert information and reports pursuant to the Federal Rules of Civil Procedure served on or before August 19, 2013.

D. All expert depositions to be completed by September 30, 2013.

E. Final Pretrial Conference to be scheduled after October 30, 2013.

The parties understand and agree that this discovery schedule assumes the cooperation of the parties, all third party witnesses, and expert witness. The parties further agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the unavailability of fact or expert witnesses due to vacation or work schedules of for other good cause.

II. **MOTION SCHEDULE**

In addition to the above, the parties propose the following motion schedule.

A. Dispositive Motions to be filed by October 30, 2013, with Oppositions filed within twenty-one (21) days as set forth in the Local Rules of this Court.

III. **CERTIFICATION**

   The parties report that they have conferred with their clients pursuant to Local Rule 16.1(D)(3) and will independently file their Certificates of Compliance.

IV. **TRIAL BY MAGISTRATE JUDGE**

   The parties have already consented to trial by Magistrate Judge.

V. **SETTLEMENT**

   The plaintiff has tendered a written settlement demand to the defendants.

   **WHEREFORE**, the parties pray that this Honorable Court

approve the above proposed schedule.

Respectfully Submitted,

| | |
|---|---|
| **CLINTON & MUZYKA, P.C.**<br>**Attorney for Third Party**<br>**Defendant, GMT Composites,**<br>**Inc.** | **JOURET & SAMITO LLP**<br>**Attorney for Plaintiffs,**<br>**Nelson Sharp and Destiny**<br>**Yachts, LLC** |
| /s/Thomas J. Muzyka<br>**Thomas J. Muzyka**<br>**BBO NO. 365540**<br>**Robert E. Collins**<br>**BBO NO. 555843**<br>88 Black Falcon Avenue<br>Suite 200<br>Boston, MA  02210<br>(617) 723-9165<br>Fax: 617-720-3489<br>tmuzyka@clinmuzyka.com | /s/Christian G. Samito<br>**Christian G. Samito**<br>**BBO NO. 639825**<br>**Stefan L. Jouret**<br>**BBO NO. 656196**<br>1 Center Plaza<br>Suite 220<br>Boston, MA  02108<br>(617) 523-0144<br>Fax: (617) 849-5585<br>samito@jouretsamito.com<br>Jouret@jouretsamito.com |

**[THE REMAINDER OF THIS PAGE IS LEFT BLANK INTENTIONALLY]**

| | |
|---|---|
| **ADLER, COHEN, HARVEY, WAKEMAN GUEKGUEZIAN, LLP**<br>**Attorney for Third Party Defendant, Mastervolt, Inc.** | **BAKER & ASSOCIATES**<br>**Attorney for Defendant/ Third Party Plaintiff, Hylas Yachts, Inc.** |
| **/s/ Brooks L. Glahn**<br>**Brooks L. Glahn**<br>**BBO NO. 648308**<br>75 Federal Street, 10th Floor<br>Boston, MA  02110<br>(617) 423-6674<br>Fax: (617) 423-7152<br>bglahn@adlercohen.com | **/s/ Jeffrey S. Baker**<br>**Jeffrey S. Baker**<br>**BBO NO. 544929**<br>2 West Hill Place<br>Suite 100<br>Boston, MA  02114<br>(617)573-9505<br>Fax: (617) 573-9503<br>Bakerlaw@aol.com |

**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
**Attorney for Third Party Defendant, Forespar Products Corp.**

**/s/ Jody T. McCormack**
**Jody T. McCormack**
**SBN 252453**
**Terry S. Cox**
**SBN 076142**
190 The Embarcadero
San Francisco, CA 94105
(415) 438-4600
Fax: (415) 438-4601
tcox@cwghp.com
jmccormack@cwghp.com

Dated: June 19, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the above document on all counsel of record on June 19, 2012, through the ECF/CM system.

/s/ Christian G. Samito
Christian G. Samito
BBO# 639825