UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELSON SHARP and<br>DESTINY YACHTS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>HYLAS YACHTS, LLC,<br><br>    Defendant/Third Party Plaintiff,<br><br>v.<br><br>FORESPAR PRODUCTS CORP.,<br>GMT COMPOSITES, INC., and<br>MASTERVOLT, INC.,<br><br>    Third-Party Defendants.<br><hr>GMT COMPOSITES, INC.,<br><br>    Fourth-Party Plaintiff,<br><br>v.<br><br>NELSON SHARP and<br>DESTINY YACHTS, LLC,<br><br>    Plaintiffs/Fourth Party Defendants. | C.A. NO. 1:11-CV-11814-MLW |

## **CERTIFICATION PURSUANT TO LOCAL RULES 16.1 AND 16.4**

Pursuant to Local Rules 16.1 and 16.4, the defendant, Mastervolt, Inc., through its authorized representative, Terry M. Braatz, and its counsel, Adler, Cohen & Harvey, Wakeman & Guekguezian, LLP, have conferred about the cost of the full course, and various alternative courses, of this litigation and to consider the resolution of the litigation by use of alternative dispute resolution programs.

| | |
|---|---|
| For the Third-Party Defendant,<br>MASTERVOLT, INC.,<br><br>/s/ Terry M. Braatz<br>_____<br>Terry M. Braatz<br>Treasurer | The Third-Party Defendant,<br>MASTERVOLT, INC.<br>By its Attorneys,<br><br><u>/s/ Alexandra B. Harvey/Brooks L. Glahn</u><br>Alexandra B. Harvey, BBO #548944<br>Brooks L. Glahn, BBO #648308<br>Adler \| Cohen \| Harvey \| Wakeman \|<br>Guekguezian, LLP<br>75 Federal Street, 10th Floor<br>Boston, Massachusetts 02110<br>(617) 423-6674<br>aharvey@adlercohen.com<br>bglahn@adlercohen.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document will be served electronically to the attorney of record for each party via the ECF system.

/s/ Brooks L. Glahn
_____

Date: June 22, 2012