UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELSON SHARP and<br>DESTINY YACHTS, LLC<br><br>  Plaintiffs,<br><br>  v.<br><br>HYLAS YACHTS, INC.<br><br>  Defendant and Third-Party Plaintiff,<br><br>  v.<br><br>FORESPAR PRODUCTS CORP.;<br>GMT COMPOSITES, INC.; and<br>MASTERVOLT, INC.,<br><br>  Third-Party Defendants | Docket Number<br><br>1:11-CV-11814-MLW |

## **CERTIFICATION PURSUANT TO L.R. 16.1 AND 16.4**

NOW COMES the Defendant, Hylas Yachts, Inc., and its counsel, and certifies that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

1

Respectfully submitted,

HYLAS YACHTS, INC.,

by its attorney,

/s/ Patrick M. Groulx
Patrick M. Groulx
POLIS LEGAL
P.O. Box 760656
Melrose, MA 02176
Ph: (978) 549-3124
Fax: (617) 500-9955
BBO No. 673394
E-mail pgroulx@polislegal.com

and

Kyle Jachney,
Hylas Yachts, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this day, I served or caused to be serve by ECF a true and accurate copy of this document on the following persons:

| | |
|---|---|
| Law Office of David J. Farrell, Jr.<br>2355 Main Street<br>S. Chatham, MA 02659 | Clinton & Muzyka<br>88 Black Falcon Avenue<br>Suite 200<br>Boston, MA 02210 |
| Cox Wootton Griffin Hansen & Poulos, LLP<br>190 The Embarcadero<br>San Francisco, CA 94105 | Jouret & Samito LLP<br>1 Center Plaza<br>Suite 220<br>Boston, MA 02108 |
| Adler, Cohen, Harvey, Wakeman & Guekguezian LLP<br>75 Federal Street<br>10th Floor<br>Boston, MA 02110 | |

                                                      /s/ Patrick M. Groulx
                                                      Patrick M. Groulx

Date: July 6, 2012