# United States District Court
# District of Massachusetts

NELSON R. SHARP,
DESTONY YACHTS, LLC.,
    Plaintiffs

    v.                    CIVIL ACTION NO. 2011-11814-RBC

HYLAS YACHTS, LLC.,
    Defendant,
    Third-Party Plaintiff,

    v.

MASTERVOLT, INC.,
FORESPAR PRODUCTS CORP.,
GOETZ MARINE TECHNOLOGY, INC.,
        Third-Party Defendants,
GMT COMPOSITES, INC.,
    Third-Party Defendant, Fourth-Party Plaintiff,

    v.

NELSON R. SHARP,
DESTINY YACHTS, LLC.,
    Fourth-Party Defendants.

## *SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.*

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1) The parties shall serve initial set(s) of interrogatories and requests for production of documents no later than *the close of business on Friday, August 3, 2012;* responses, answers and/or objections shall be served within the time limits set by the Federal Rules of Civil Procedure.

(2) All non-expert discovery shall be filed and/or served *on or before the close of business on Friday, April 12, 2013* and shall be completed *on or before the close of business on Wednesday, May 15, 2013.*

(3) A further conference is set for *Friday, October 12, 2012 at 2:00 P.M.*

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

July 27, 2012.