Sharp & Destiny Yachts LLC
v. Mylas et al.

**Stipulation:**

(1) The parties agree that during the sea Trial, there shall no discovery of maintenance or prior performance issues arising before the ~~Veem~~ January 2014 Sea Trial. In all other respects, including the present operation / mechanics of the Boat, the Captain shall cooperate with the Sea Trial, consistent with the protocol.

(2) The options for propeller pitch change will be at Mylas' discretion, either by divers ~~or~~ by "Lunch haul" and the Sea Trial shall not be extended therefore.

(3) With respect to any damage caused by the defendants during the sea Trial, the plaintiffs shall have their remedies at law for such damage and shall be able to seek relief in this court.

Sharp & Destiny Yachts LLC,        Mylas
By Counsel,                        By Counsel

[signatures]