UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELSON R. SHARP and DESTINY YACHTS LLC, <br><br>     Plaintiffs, <br><br> v. <br><br> HYLAS YACHTS, INC., <br><br>     Defendant/Third-Party Plaintiff, <br><br> v. <br><br> FORESPAR PRODUCTS CORP., GMT COMPOSITES, INC., and MASTERVOLT, INC., <br><br>     Third-Party Defendants, <br><br> GMT COMPOSITES, INC., <br><br>     Fourth-Party Plaintiff, <br><br> v. <br><br> NELSON R. SHARP and DESTINY YACHTS LLC, <br><br>     Fourth-Party Defendants. | Civil Case No. 11-11814-JCB |

## JUDGMENT

September 24, 2015

Boal, M.J.

    This action came before the court for a trial by the Court (Boal, M.J.) on the Plaintiffs' Chapter 93A claims and for a trial by jury on the remaining claims. The issues have been tried and the Court has rendered a decision and the jury has rendered its verdict. In accordance with

1

the jury's verdict and the Court's Findings of Fact and Conclusions of Law dated September 24, 2015, it is hereby ORDERED, ADJUDGED AND DECREED:

1. Judgment shall enter in favor of Plaintiffs and against defendant Hylas Yachts, Inc. in the amount of $663,774.00, together with pre-judgment interest at the rate of 12% per annum from the date of the filing of this action on October 13, 2011 through the date of the entry of this Judgment on September 24, 2015, in the amount of $314,684.45, for a total of $978,458.45, with post-judgment interest as provided by law.

2. Judgment shall enter in favor of third party defendants GMT Composites, Inc. and Forespar Products, Inc. and against defendant Hylas Yachts, Inc. on Hylas Yachts, Inc.'s third-party claims.

3. Judgment shall enter in favor of Plaintiffs and against GMT Composites, Inc. on GMT's claims against Plaintiffs.

4. The parties shall bear their own costs.

                                                  Clerk of Court

Dated: September 24, 2015                By: /s/ Steve York ,
                                                      Deputy Clerk

