UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELSON R. SHARP and <br> DESTINY YACHTS LLC, <br>     Plaintiffs <br> <br> v. <br> <br> HYLAS YACHTS, INC. <br>     Defendant/Third Party Plaintiff <br> <br> v. <br> <br> FORESPAR PRODUCTS CORP. and <br> GMT COMPOSITES, INC. <br>     Third Party Defendants <br> <br> GMT COMPOSITES, INC., <br>     Fourth Party Plaintiff <br> <br> v. <br> <br> NELSON SHARP and <br> DESTINY YACHTS LLC, <br>     Plaintiffs/Fourth Party Defendants | Civil Action No.: 11-11814-JCB |

## AFFIDAVIT OF KYLE JACHNEY, VICE PRESIDENT OF HYLAS YACHTS, INC IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL

I, Kyle Jachney, on personal knowledge, information and belief, on oath do state and depose as follows:

1. I am the Vice President of Hylas.

2. I intend to submit an affidavit in support of Hylas' Motion to Stay Execution Pending Appeal and Motion to Stay Discovery in Aid of Execution of Judgment.

3. The information contained in this forthcoming affidavit contains sensitive Financial Information about Hylas Yachts, Inc.

4. This information, if known would reveal highly sensitive, private financial information about Hylas, specific data relating earnings, present financial condition, future financial condition, placing Hylas in anti-competitive position.

5. The disclosure would also disadvantage Hylas in the Yacht sales industry with respect to other Yacht manufacturers.

6. In addition, if this information were published on the internet, it would cause embarrassment to both Hylas and me.

7. The potential for mayhem in the control of the wrong people with respect to the information contained in this affidavit would be unlimited.  I believe that there are certain people who would, without a doubt, use the information for improper purposes.

8. The forthcoming affidavit contains pertinent information that has already been protected by the entry of a protective order on confidentiality.  this Honorable Court's order of August 31, 2016, Docket Entry 426, and should be further protected by placing this document under seal.

9. To allow the affidavit to be open to the public would essentially render the confidentiality protective order meaningless.

10. The information contained herein is necessary for this Honorable Court to evaluate the request by Hylas for alternate security but is of no benefit to anyone else except to cause difficulty with Hylas as set forth hereinabove.

11. The information contained herein has already been imparted upon Nelson Sharp the Plaintiff in this matter.

This under the pains and penalties this 12th day of September, 2016.

_____
Kyle Jachney